1

2

3

4

5

6

7

8            IN THE UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10   LAWRENCE CYPRIAN,

11            Plaintiff,                    No. 2:09-cv-2704 JFM (PC)

12        vs.

13   DERRICK GIVENS, et al.,

14            Defendants.

15   _____/        ORDER

16            Plaintiff is a state prisoner proceeding pro se.  Plaintiff seeks relief pursuant to 42

17   U.S.C. § 1983 and has requested leave to proceed in forma pauperis pursuant to 28 U.S.C.

18   § 1915.  This proceeding was referred to this court by Local Rule 72-302 pursuant to 28 U.S.C.

19   § 636(b)(1).

20            Plaintiff has submitted a declaration that makes the showing required by 28

21   U.S.C. § 1915(a).  Accordingly, the request to proceed in forma pauperis will be granted.

22            Plaintiff is required to pay the statutory filing fee of $350.00 for this action.  28

23   U.S.C. §§ 1914(a), 1915(b)(1).  By this order, plaintiff will be assessed an initial partial filing fee

24   in accordance with the provisions of 28 U.S.C. § 1915(b)(1).  By separate order, the court will

25   direct the appropriate agency to collect the initial partial filing fee from plaintiff's trust account

26   and forward it to the Clerk of the Court.  Thereafter, plaintiff will be obligated for monthly

1

1  payments of twenty percent of the preceding month's income credited to plaintiff's prison trust

2  account.  These payments will be forwarded by the appropriate agency to the Clerk of the Court

3  each time the amount in plaintiff's account exceeds $10.00, until the filing fee is paid in full.  28

4  U.S.C. § 1915(b)(2).

5          The court is required to screen complaints brought by prisoners seeking relief

6  against a governmental entity or officer or employee of a governmental entity.  28 U.S.C.

7  § 1915A(a).  The court must dismiss a complaint or portion thereof if the prisoner has raised

8  claims that are legally "frivolous or malicious," that fail to state a claim upon which relief may be

9  granted, or that seek monetary relief from a defendant who is immune from such relief.  28

10  U.S.C. § 1915A(b)(1),(2).

11         A claim is legally frivolous when it lacks an arguable basis either in law or in fact.

12  Neitzke v. Williams, 490 U.S. 319, 325 (1989); Franklin v. Murphy, 745 F.2d 1221, 1227-28

13  (9th Cir. 1984).  The court may, therefore, dismiss a claim as frivolous where it is based on an

14  indisputably meritless legal theory or where the factual contentions are clearly baseless.  Neitzke,

15  490 U.S. at 327.  The critical inquiry is whether a constitutional claim, however inartfully

16  pleaded, has an arguable legal and factual basis.  See Jackson v. Arizona, 885 F.2d 639, 640 (9th

17  Cir. 1989); Franklin, 745 F.2d at 1227.

18         Plaintiff names four defendants in his complaint, including Kathleen. L.

19  Dickinson, Warden of California Medical Facility.  The only allegation in the complaint that

20  includes Warden Dickinson is the following sentence:  "Plaintiff also alleges interfering with

21  plaintiff's right to access and redress issues in court by defendants Kathleen L. Dickinson, et al.

22  as prescribed under the due process clause and equal protection clause."  Complaint, filed

23  September 29, 2009, at 4.  There are no allegations of any act or omission by Warden Dickinson

24  that caused or contributed to a violation of plaintiff's constitutional rights.  For that reason, the

25  court will not order service of process on Warden Dickinson

26  /////

1    The complaint states a cognizable claim for relief against the remaining named

2    defendants pursuant to 42 U.S.C. § 1983 and 28 U.S.C. § 1915A(b).  If the allegations of the

3    complaint are proven, plaintiff has a reasonable opportunity to prevail on the merits of this

4    action.

5    In accordance with the above, IT IS HEREBY ORDERED that:

6    1.  Plaintiff's request for leave to proceed in forma pauperis is granted.

7    2.  Plaintiff is obligated to pay the statutory filing fee of $350.00 for this action.

8    Plaintiff is assessed an initial partial filing fee in accordance with the provisions of 28 U.S.C.

9    § 1915(b)(1).  All fees shall be collected and paid in accordance with this court's order to the

10   Director of the California Department of Corrections and Rehabilitation filed concurrently

11   herewith.

12   3.  Service is appropriate for the following defendants:  Derrick Givens; P.

13   Rogers; and K. Providence.

14   4.  The Clerk of the Court shall send plaintiff three USM-285 forms, one

15   summons, an instruction sheet and a copy of the complaint filed September 29, 2009.

16   5.  Within thirty days from the date of this order, plaintiff shall complete the

17   attached Notice of Submission of Documents and submit the following documents to the court:

18   a.  The completed Notice of Submission of Documents;

19   b.  One completed summons;

20   c.  One completed USM-285 form for each defendant listed in number 3

21   above; and

22   d.  Four copies of the endorsed complaint filed September 29, 2009.

23   6.  Plaintiff need not attempt service on defendants and need not request waiver of

24   service.  Upon receipt of the above-described documents, the court will direct the United States

25   /////

26   /////

1  Marshal to serve the above-named defendants pursuant to Federal Rule of Civil Procedure 4

2  without payment of costs.

3  DATED: October 13, 2009.

4

5

_____

UNITED STATES MAGISTRATE JUDGE

6

7  12

8  cypr2704.1

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

1

2

3

4

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

LAWRENCE CYPRIAN,

       Plaintiff,               No. 2:09-cv-2704-JFM (PC)

     vs.

DERRICK GIVENS, et al.,        NOTICE OF SUBMISSION

       Defendants.        OF DOCUMENTS

_____/

       Plaintiff hereby submits the following documents in compliance with the court's

order filed _____:

       _____      completed summons form

       _____      completed USM-285 forms

       _____      copies of the _____

                    Complaint/Amended Complaint

DATED:

                            _____

                            Plaintiff