IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LAWRENCE CYPRIAN,

    Plaintiff,                    No. 2:09-cv-2704 JAM JFM (PC)

    vs.

DERRICK GIVENS, et al.,

    Defendants.            <u>ORDER</u>

                              /

           Plaintiff is a prisoner who is proceeding pro se and in forma pauperis. Plaintiff seeks relief pursuant to 42 U.S.C. § 1983.

           On September 14, 2010, the court ordered the United States Marshal to serve the complaint on defendants. Process directed to defendant P. Rogers was returned unserved because, according to California Medical Facility, P. Rogers has been terminated. Plaintiff must provide additional information to serve this defendant. Plaintiff shall promptly seek such information through discovery, the California Public Records Act, Calif. Gov't. Code § 6250, et seq., or other means available to plaintiff. If access to the required information is denied or unreasonably delayed, plaintiff may seek judicial intervention.

           Accordingly, IT IS HEREBY ORDERED that:

        1. The Clerk of the Court is directed to send to plaintiff one USM-285 forms, along with an instruction sheet and a copy of the amended complaint filed March 26, 2010;

1

2. Within sixty days from the date of this order, plaintiff shall complete and submit the attached Notice of Submission of Documents to the court, with the following documents:

    a. One completed USM-285 form for defendant P. Rogers;

    b. Two copies of the endorsed amended complaint filed March 26, 2010; and

    c. One completed summons form (if not previously provided)

or show good cause why he cannot provide such information.

DATED: November 15, 2010.

_____
UNITED STATES MAGISTRATE JUDGE

12/kly
cypr2704.8e

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAWRENCE CYPRIAN,<br><br>      Plaintiff,<br><br>  vs.<br><br>DERRICK GIVENS, et al.,<br><br>      Defendants.<br>_____/ | No. 2:09-cv-2704 JAM JFM (PC)<br><br><br><br><u>NOTICE OF SUBMISSION</u><br><br><u>OF DOCUMENTS</u> |

      Plaintiff hereby submits the following documents in compliance with the court's order filed _____:

    _____    completed summons form

    _____    completed USM-285 forms

    _____    copies of the   March 26, 2010
                                  Amended Complaint

DATED:

                                                            _____
                                                             Plaintiff