1

2

3

4

5

6

7

8           IN THE UNITED STATES DISTRICT COURT

9           FOR THE EASTERN DISTRICT OF CALIFORNIA

10   LAWRENCE CYPRIAN,

11              Plaintiff,                    No. 2:09-cv-2704 JAM JFM (PC)

12        vs.

13   DERRICK GIVENS, et al.,

14              Defendants.                   ORDER

15   _____/

16          Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action

17   seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate

18   Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

19          On July 22, 2011, this court issued an order granting a motion for summary

20   judgment filed by one of the defendants in this action, defendant Barry Newman.  By order filed

21   December 9, 2011, the court denied plaintiff's motion for reconsideration of that order.  On

22   December 29, 2011, defendant Newman lodged a proposed order dismissing the complaint as to

23   him and entering judgment in his favor.  Defendant Newman has not filed a request for entry of

24   judgment pursuant to Fed. R. Civ. P. 54(b) and the court finds no reason to enter such judgment

25   /////

26   /////

1

at this time.  Accordingly, the proposed order submitted by defendant Newman will be disregarded.

IT IS SO ORDERED.

DATED: 1/10/2012

/s/ John A. Mendez
UNITED STATES DISTRICT JUDGE